■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD BRADY, Appellant, v CHARLES SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent. — In a habeas corpus proceeding, the petitioner appeals from a judgment of the

Supreme Court, Dutchess County (Jiudice, J.), dated February 10, 1983, which, after a hearing, dismissed the writ.

Judgment affirmed, without costs or disbursements.

No factual or legal basis has been alleged which would render the indictment underlying petitioner's conviction jurisdictionally defective (*cf. People ex rel. Sales v LeFevre,* 93 AD2d 945, *lv denied* 60 NY2d 558). Moreover, since all of the remaining issues either could have been raised on direct appeal or on a motion pursuant to CPL article 440, or would not result in petitioner's immediate release, habeas corpus is not an appropriate remedy (*see, People ex rel. Kaplan v Commissioner of Correction of City of N. Y.,* 60 NY2d 648, 649; *People ex rel. Douglas v Vincent,* 50 NY2d 901, 903; *People ex rel. Taylor v Commissioner of Correction,* 100 AD2d 525; *People ex rel. Myers v Dalsheim,* 97 AD2d 447, *lv denied* 61 NY2d 601; *People ex rel. Sales v LeFevre, supra; People ex rel. Hall v LeFevre,* 92 AD2d 956, *affd* 60 NY2d 579). Mollen, P. J., Mangano, Gibbons and Bracken, JJ., concur.